TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar Number 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
James.Sweetin@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GERARDO ROSAS HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02808-GMN-DJA<br><br>**Unopposed Motion for Extension of Time for Federal Respondents to Produce Documents, File a Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories**<br><br>**(First Request)** |

Federal Respondents, through undersigned counsel, move this Court for an extension of time to and including September 16, 2026, to produce documents, file a Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories, per this Court's Order, ECF No. 3. This extension is requested because the undersigned counsel was assigned this case today, he has requested but has not received the relevant documents and responses from the Agency. Counsel for the Petitioner does not oppose this request for an extension of time.

This is Federal Respondents' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

///

///

///

///

WHEREFORE, Federal Respondents respectfully request that the Court grant this Unopposed Motion for Extension of Time and extend the deadline for Federal Respondents to produce documents, file a Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories, through and including September 16, 2026.

Respectfully submitted this 14th day of September 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

IT IS SO ORDERED:

Gloria M. Navarro, District Judge
United States District Court